**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| |
|---|
| **UNITED STATES OF AMERICA,** |
| v. |
| **TINA MARIE FARLEY** |

**Case No. 2:23-cr-00532-JDW**

### ORDER

AND NOW, this 14th day of July, 2026, upon consideration of Tina Marie Farley's

Motion To Vacate, Set Aside, Or Correct A Sentence By A Person In Federal Custody (ECF

No. 42), it is **ORDERED** that the Motion is **DENIED** for the reasons stated in the

accompanying Memorandum.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.